**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 69.110.132.226**

**ISP:** AT&T Internet Services
**Physical Location:** Houston, TX

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 11/11/2017 11:24:41 | A3B928654175321DB4BE318EFBE0D7B4EB5ADF55 | Born To Be Wild |
| 11/11/2017 10:00:53 | 1013AD59CD964D5872750551C25A1DAFE10CF33C | Sex For Three By The Sea |
| 11/11/2017 09:05:57 | 3B38DACB9530C6AEC7D8364900B0052BAC28678D | Would You Fuck My Girlfriend |
| 10/07/2016 17:13:19 | 7E3A1D8A478FAB58813163228BAFF60F678920C0 | The Call Girl |
| 10/05/2016 13:17:08 | 8C23420C3FCEFD2E129C2B295063198DB3201B26 | Caprice Swaps Cocks |
| 10/05/2016 08:01:29 | CB3EAE417778FFD481453F3618F8ED6D4AB751AE | Triple Blonde Fantasy |
| 09/17/2016 21:28:54 | 10BE84D5CCE102DBA37E4BD7B1583137248BC0BA | Heart and Soul |
| 09/17/2016 19:01:30 | CCC3A2259EEFE5A64DFD3BAA0521AAD71CD231B1 | The Artiste |
| 09/17/2016 08:49:51 | 66767C866BC8A8E22F51B8135F960DEF44F6CA0F | Pussy Cat Burglar |
| 08/04/2016 14:02:31 | 869C9B04A8169CF2CEA1EA96AEF6139E09133E2E | The Cabin And My Wood |
| 07/29/2016 19:47:25 | 25A70E641B6D190DFAB654B26DCFB8341BD46AB7 | The Ranch Hand |
| 06/15/2016 08:03:41 | 85631A7C4BECA79D10519CF299C4222EF3FC854B | The Cock Teaser |
| 06/15/2016 07:55:43 | 4DE257BA36688AC5151D500A224C0665A61623DD | Four Way In 4K |
| 06/11/2016 13:09:35 | 2CD4893C7648330BBEA39C7B5EFFC1B6DC6E93C5 | Good Morning Melissa |
| 06/11/2016 12:16:10 | 3CD4FFAF5440DFE6A6E9BE4946542C08ECB5C417 | Threesome With a View |

**Total Statutory Claims Against Defendant: 15**

EXHIBIT A

STX84