United States District Court
Southern District of Texas

**ENTERED**
April 24, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| MALIBU MEDIA, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN DOE subscriber assigned IP address )<br>69.110.132.226, )<br>)<br>Defendant. )<br>_____) | Civil Case No. 4:18-cv-00213 |

### ORDER

The Court has considered Plaintiff Malibu Media, LLC's Motion for Extension of Time to File a Joint Discovery Case Management Plan and to Continue the Initial Pretrial Scheduling Conference Set for May 4, 2018 at 2:00 PM (Docket Entry No. 12) and concludes that the motion should be and is hereby **GRANTED**. The Initial Pretrial Scheduling Conference set for May 4, 2018 at 2:00 PM is hereby reset to _June 29_, 2018. at 2:00 p.m.

SIGNED at Houston, Texas, on this the 24th day of April, 2018.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE