United States District Court
Southern District of Texas
**ENTERED**
May 15, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Malibu Media, LLC, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-213 |
| | § | |
| John Doe, | § | |
|     Defendant. | § | |

### ORDER

In accordance with the Notice of Dismissal filed on May 11, 2018 (docket entry no. 14), this action is hereby dismissed with prejudice.

**SIGNED** at Houston, Texas, on this 14th day of May, 2018.

SIM LAKE
UNITED STATES DISTRICT JUDGE